# Law Offices of Albert López

**ATTORNEY AND COUNSELOR AT LAW**

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date:1/16/2015 10:43:06 AM
Accepted By: Brandi Canales

_____
Deputy Clerk

## 2014CV00284

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/6/2015 6:57:12 AM
KEITH E. HOTTLE
Clerk

January 15, 2015

Gerard C. Rickhoff
Bexar County Clerk
100 Dolorosa, Suite 104
San Antonio, Texas 78205

RE:     Cause No. 2014-CV-00284, *Michael and Theresa Hayes v. Board of Adjustment of City of San Antonio,* In the County Court at Law No. 10, Bexar County, Texas

Request for documents to be included in the clerk's record for the Board of Adjustment of the City of San Antonio, Appellant.

Dear Mr. Rickhoff:

Regarding the Board of Adjustment of the City of San Antonio's notice of appeal, we request that the documents listed below be included in the clerk's record as required by Texas Rule of Appellate Procedure 34.5(a). We also request that this letter requesting the preparation of the clerk's record be included in the record. We agree to pay the clerk's fee for the preparation of the following record:

| | | |
|---|---|---|
| P00001 | 5/16/2014 | PLAINTIFF ORIGINAL PETITION |
| P00002 | 7/14/2014 | ANSWER/RESPONSE BOARD OF ADJUSTMENT OF THE CITY OF SAN ANTONIO |
| P00008 | 9/24/2014 | AMENDED FILING AMENDED PETITION FOR WRIT OF CERTIORARI |
| P00009 | 9/24/2014 | BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO'S VERIFIED RETURN |

14310 Northbrook Dr., Suite 200, San Antonio, TX 78232
tel.  210.404.1983 • fax  210.404.1990
email: alopezoffice@gmail.com

| | | |
|---|---|---|
| P00011 | 9/25/2014 | BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO'S SUPPLEMENTAL VERIFIED RETURN |
| P00012 | 9/25/2014 | SUPPLEMENTAL VERIFIED RETURN (PART 2) |
| P00013 | 9/30/2014 | OBJECTIONS TO VERIFIED PLEADING BOARD OF ADJUSTMENT OF THE CITY OF SAN ANTONIO |
| | 9/30/2014 | BOARD OF ADJUSTMENT OF THE CITY OF SAN ANTONIO'S TRANSCRIPT OF HEARING |
| P00019 | 11/18/2014 | PETITIONER'S RESPONSE TO BOARD OF ADJUSTMENT OF CITY OF SAN ANTONIO'S OBJECTIONS TO VERIFIED PLEADING |
| P00020 | 11/18/2014 | SECOND AMENDED WRIT OF CERTIORARI |
| O00001 | 12/22/2014 | ORDER GRANTING FINAL JUDGMENT |

Please note that the document entitled "Board of Adjustment of the City of San Antonio's Transcript of Hearing" is not listed in the docket sheet. I have enclosed a copy of the receipt showing that the document was filed and accepted on September 30, 2014. Please advise if you encounter any problems with including this document in the clerk's record.

Today, I am serving a copy of this request upon opposing counsel, Mr. David Earl. Should you have any questions about this request, please contact me.

Sincerely,

Albert López
al
encl.
cc: Mr. David Earl

Print this page

# Case # 2014CV00284

## Case Information

| | |
|---|---|
| Location | Bexar County - County Clerk |
| Date Filed | 09/30/2014 05:16:41 PM |
| Case Number | 2014CV00284 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Albert Lopez |
| Firm Name | Law Offices of Albert Lopez |
| Filed By | Albert Lopez |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Randolph business |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 4422471 |
| Order # | 002676456-0 |

## No Fee Documents

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | No Fee Documents |
| Filing Description | |
| Reference Number | |
| Comments | |
| Status | Accepted |

Accepted Date              2014-10-01 13:03:55 UTC

**Fees**

Court Fee                   $0.00

Service Fee                 $0.00

**Documents**

*Lead Document*             trascript_filing_cover.pdf          [Original]   [Transmitted]

*Attachments*               trascript_final 4-21-2014.pdf       [Original]   [Transmitted]

**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| David L Earl dearl@earl-law.com | Earl & Associates, P.C. | EServe | Sent | Yes | 11/04/2014 10:47:14 AM |
| Michelle Marshall mmarshall@earl-law.com | Earl & Associates, P.C. | EServe | Sent | Yes | Not Opened |
| Elliott Cappuccio ecappuccio@pulmanlaw.com | Earl & Associates, P.C. | EServe | Sent | Yes | 09/30/2014 05:35:35 PM |
| Albert Lopez alopezoffice@gmail.com | Earl & Associates, P.C. | EServe | Sent | Yes | 09/30/2014 07:05:04 PM |